# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MEDERICK LEE, et al., | Case No. 2:14-CV-328 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, | |
| Defendant(s). | |

Presently before the court is the matter of *Lee et al. v. University Medical Center of Southern Nevada* (case no. 2:14-cv-00328-JCM-CWH).

On March 3, 2014, plaintiff Nergui Terbish, along with four other plaintiffs, filed a complaint against defendant for damages and unjust enrichment. (Doc. #1). Plaintiff Nergui Terbish filed a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). (Doc. # 55). Defendant did not file an opposition to the motion.

Pursuant to Fed. R. Civ. P. 41(a)(2), the court may dismiss an action at plaintiff's request on terms the court considers proper.

Here, plaintiff alleges that she no longer desires to participate in this suit. The court finds that there will be no prejudice to any remaining party in this matter if dismissal is granted.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Nergui Terbish's motion for voluntary dismissal (doc. # 55) be, and the same hereby is, GRANTED.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that plaintiff Nergui Terbish's claims against defendant are
2  dismissed without prejudice.
3  DATED December 7, 2015.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -