Jared Richards, Esq.
Nevada Bar No. 11254
Adam C. Anderson, Esq.
Nevada Bar No. 13062
CLEAR COUNSEL LAW GROUP
50 S. Stephanie Street, Suite 101
Henderson, Nevada 89102
Telephone No.: (702) 476-5900
Facsimile No.: (702) 924-0709
jared@clearcounsel.com
adam@clearcounsel.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEDERICK LEE, et al., | CASE NO.: 2:14-cv-00328-JCM-CWH |
| Plaintiff, | |
| vs. | |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, | **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |
| Defendants. | |

COMES NOW, Adam C. Anderson, Esq., and hereby requests this Court remove him from the list of counsel to be noticed in the above-entitled matter as he is no longer employed by the Law Offices of Patti, Sgro, Lewis and Roger, and has no continued involvement in this matter.

DATED this 22nd day of February, 2017

CLEAR COUNSEL LAW GROUP

_____
Jared R. Richards, Esq.
Nevada Bar No. 11254
Adam C. Anderson, Esq.
Nevada Bar No. 13062
50 S. Stephanie Street, Suite 101
Las Vegas, NV 89012

IT IS SO ORDERED.

DATED: February 23, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22 day of February, 2017, I served the foregoing MOTION TO REMOVE ATTORNEY FROM SERVICE LIST via Electronic Service CM/ECF upon the following:

Anthony P. Sgro    tsgro@pslrfirm.com, acasteel@psrlegal.com, aexley@pslrfirm.com, alucas@pslrfirm.com, jmartinez@pslrfirm.com, kllamas@pslrfirm.com, kwilliams@psrlegal.com, ldomenico@psrlegal.com, nachaval@pslrfirm.com

Stephen K. Lewis    slewis@pattisgrolewis.com, ageiler@pattisgrolewis.com, ckarzen@pattisgrolewis.com, cmummey@pattisgrolewis.com, mking@pslrfirm.com

Lionel Z. Glancy    INFO@GLANCYLAW.COM, lglancy@glancylaw.com

Andrew L. Rempfer    andrew@sjplawyer.com, candice@sjplawyer.com, joey@sjplawyer.com, kenia@sjplawyer.com, steve@sjplawyer.com

David C. OMara    david@omaralaw.net, bsnyder@omaralaw.net, val@omaralaw.net

Joseph M. Ortuno    jortuno@pslrfirm.com, ckarzen@pslrfirm.com, slewis@pslrfirm.com

Marc L. Godino    mgodino@glancylaw.com

Corrine P. Murphy    cmurphy@pslrfirm.com, EMedellin@pslrfirm.com, aanderson@pslrfirm.com, bbarnhill@pslrfirm.com

Jon A. Tostrud    jtostrud@tostrudlaw.com, acarter@tostrudlaw.com

Kevin F. Ruf    kevinruf@gmail.com

Cayla Witty    cayla.witty@lewisbrisbois.com, pamela.january@lewisbrisbois.com

Kara M. Wolke    kwolke@glancylaw.com

Adam C. Anderson    adam@clearcounsel.com, terri@clearcounsel.com

An Employee of Clear Counsel Law Group