**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MEDERICK LEE, et al., | Case No. 2:14-CV-328 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, | |
| Defendant(s). | |

Presently before the court is the matter of *Lee et al v. University Medical Center of Southern Nevada*, case number 2:14-cv-00328-JCM-CWH.

On February 21, 2017, the court ordered plaintiffs to show cause as to why the instant matter should not be dismissed for failure to prosecute. (ECF No. 92). Plaintiffs filed a response, stating that discovery is ongoing and they are waiting for defendant to produce requested information. (ECF No. 96).

Accordingly,

IT IS HEREBY ORDERED that the court's order to show cause (ECF No. 92) be, and the same hereby is, DISCHARGED.

IT IS FURTHER ORDERED that the parties shall meet and confer and file a revised scheduling order in accordance with Local Rule 26-1, within fourteen (14) days of the entry of this order.

DATED March 10, 2017.

_____
UNITED STATES DISTRICT JUDGE