**LAW OFFICES OF STEVEN J. PARSONS**
ANDREW L. REMPFER, ESQ.
Nevada Bar No.: 8628
Andrew@SJPlawyer.com
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 384-9900
F: (702) 384-5900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEDERICK LEE, LESLEE BYRNE, FRANCISCO ORNELAS-CARRANZA, and JOJIE CLOW,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>Defendant. | Case No.: 2:14-CV-00328-JCM-CWH<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING SETTLEMENT NEGOTIATIONS** |

Plaintiffs, MEDERICK LEE, LESLEE BYRNE, FRANCISCO ORNELAS-CARRANZA, and JOJIE CLOW ("Plaintiffs"), and Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA ("Defendant")(collectively with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS:

1. This action was commenced against defendant University Medical Center of Southern Nevada ("UMC" or "Defendant") on March 3, 2014, alleging claims pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. Dkt. No. 1. After Plaintiffs filed their first amended complaint on January 23, 2015, Defendant filed its answer denying Plaintiffs'



Page 1 of 4

*Law Offices of Steven J. Parsons*
*10091 Park Run Dr., Ste. #200*
*Las Vegas, NV 89145-8868*
*(702) 384-9900; fax (702) 384-5900*
*Andrew@SJPlawyer.com*

factual claims, and denying Plaintiffs' allegations regarding willfulness and liquidated damages on February 23, 2015.

2. During the next 12 months, the Parties exchanged written discovery, attended and defended multiple depositions of key witnesses, and searched for and produced a limited number of documents in responses to discovery requests.

3. The Parties have since engaged in multiple meet and confers independently and pursuant to court orders, and have mutually decided to try to resolve this dispute.

4. The Parties are currently engaging in settlement negotiations and believe that a compromise can be reached;

5. The Parties jointly desire to avoid further expenditure of the Court's resources or their own resources on this litigation pending the outcome of the settlement negotiations;

6. To permit the opportunity to settle this action without further unnecessary litigation, the parties agree to (a) a four-week stay of discovery from March 24, 2017 to April 24, 2017; and, (b) on May 1, 2017, submit a joint statement to the Court with the Parties' positions as to the progress of the negotiations.

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED:

1. All proceedings in this action are hereby stayed for four weeks, through and including April 24, 2017, pending the settlement negotiations currently being conducted by the parties; and,

2. On May 1, 2017, if the Parties have not yet concluded their settlement, they shall submit a status report and either a joint motion for a brief extension of the stay or a proposed schedule.



Page 2 of 4

Law Offices of Steven J. Parsons
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 384-9900; fax (702) 384-5900
Andrew@SJPlawyer.com

1  **DATED:** Monday, March 27, 2017

2

3  LAW OFFICES OF ANTHONY P. SGRO            LAW OFFICES OF STEVEN J. PARSONS
   PATTI, SGRO & ROGER

4

5  By:/s/ Alicia S. Exley, Esq.              By:/s/ Andrew L. Rempfer, Esq.
       Alicia S. Exley, Esq.                     Andrew L. Rempfer, Esq.
6      720 S. 7th Street, 3rd Floor              10091 Park Run Dr., Ste. 200
       Las Vegas, NV 89101                       Las Vegas, NV 89145-8868
7      Telephone: (702) 385-9595                 Telephone: (702) 384-9900
       Facsimile: (702) 386-2737                 Facsimile: (702) 384-5900
8      E-mail: aexley@psrlegal.com               E-mail: andrew@sjplawyer.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27



*Law Offices of Steven J. Parsons*
*10091 Park Run Dr., Ste. #200*
*Las Vegas, NV 89145-8868*
*(702) 384-9900; fax (702) 384-5900*
Andrew@SJPlawyer.com

## ORDER

It is so ordered.

Dated: March __28__, 2017



UNITED STATES MAGISTRATE JUDGE



Law Offices of Steven J. Parsons
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 384-9900; fax (702) 384-5900
Andrew@SJPlawyer.com